JEREMY WARREN
California State Bar No. 177900
105 West F Street, Fourth Floor
San Diego, CA 92101
Tel: (619) 234-4433
Fax: (619) 233-3221
Email: jw@jwarrenlaw.com

Attorney for Mr. Romero-Viramontes

FILED
SEP 01 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11CR3798-GT

| UNITED STATES OF AMERICA, | ) Case No. 11mj2594-POR |
|---|---|
| Plaintiff, | ) |
| v. | ) SUBSTITUTION OF COUNSEL |
| ROBERTO ROMERO-VIRAMONTES, | ) |
| Defendants. | ) |

I, Roberto Romero-Viramontes, request that attorney Jeremy Warren be substituted in for attorney Rosemarie Malikiel and Federal Defenders of San Diego, Inc., for all purposes in the above-referenced case.

Dated: 8/31/11            _____
                          Roberto Romero-Viramontes, Defendant

I agree to the proposed substitution of counsel.

Dated: 8/31/11            _____
                          Jeremy Warren
                          Attorney at Law

I have no objection to the proposed substitution of counsel.

Dated: 8/31/11            _____ #273203
                          Rosemarie Maliekel, Federal Defenders, Inc.
                          Attorney at Law

It is so Ordered
_____ 9/1/11